**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**EDWARD D. SCHULER**                                                                **PLAINTIFF**
**ADC #140938**

**v.**                        **Case No. 2:20-cv-00192-LPR-JJV**

**WESTBROOK, *et al*.**                                                            **DEFENDANTS**

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommendations ("the Recommendation") submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 36). After carefully considering Mr. Schuler's timely filed objections and making a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.[1]

After Judge Volpe issued his Recommendation regarding Mr. Schuler's Motion for Injunctive Relief, Mr. Schuler filed a document that appears to be another request for preliminary injunctive relief on a separate topic. (Doc. 37). Judge Volpe should have the first crack at resolving this new motion for preliminary injunctive relief on a new topic. The Court takes no stance on it at this time.

Finally, the Court wishes to address the wild and baseless accusations that Mr. Schuler makes against Judge Volpe in Mr. Schuler's Objection. (Doc 48). Plaintiff claims, without even a scintilla of evidence, that "Judge J.J. Volpe is deep in the pockets of the Department of Corrections and a defunct medical service provider[] for state inmates." (*Id.* at 1). He also claims

---

[1] It is probably worth mentioning that, in addition to failing to prove irreparable harm, the Court believes Mr. Schuler has failed to prove that any of the *Dataphase* factors weigh in his favor on any of the requests for injunctive relief addressed in this Recommendation. *Dataphase Systems, Inc. v. C L Systems, Inc.*, 640 F.2d 109, 113 (8th Cir. 1981) (*en banc*).

that "[n]o inmate has ever received a favorable ruling by" Judge Volpe.  (*Id.*).  That claim is demonstrably false.  Judge Volpe is an honest and decent public servant, and a wise jurist.  I have seen him rule for prisoners and rule against prisoners.  His rulings are based entirely on the law and not at all on the identities of the parties in front of him.  Mr. Schuler is admonished and warned not to make outlandish claims like these without any evidence whatsoever.

IT IS THEREFORE ORDERED THAT:

1.     Plaintiff's Motion for Temporary Restraining Order (or any other preliminary injunctive relief) (Doc. 3) is DENIED.

2.     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 9th day of December 2020.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE