IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**EDWARD D. SCHULER**  **PLAINTIFF**
**ADC #140938**

v.   Case No. 2:20-cv-00192-LPR-JJV

**WESTBROOK,** *et al.*   **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 72). Plaintiff Edward Schuler has filed an Objection. (Doc. 78). After careful review and consideration of the PFRD and the Objection, as well as a *de novo* review of the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Mr. Schuler's Motion for an Injunction Barring Retaliation (Doc. 70) is DENIED.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 6th day of August 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE