IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**EDWARD D. SCHULER**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #140938**

v.　　　　　　　　　　　　　　**NO. 2:20-cv-00192-LPR**

**VALERIE WESTBROOK,** *et al*.　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received a Recommendation from United States Magistrate Judge Joe J. Volpe. Mr. Schuler has not filed an Objection, and the time for doing so has expired. After a careful and *de novo* review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Schuler's motion for summary judgment (Doc. 104) is DENIED. Defendants' motion for summary judgment (Doc. 108) is GRANTED. Mr. Schuler's claims against Doe Defendants will be DISMISSED without prejudice. Mr. Schuler's claims against Defendants Westbrook, Bell, and Montague will be DISMISSED with prejudice. This case will be CLOSED. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order, previous Orders, or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 13th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE