IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**EDWARD D. SCHULER**  **PLAINTIFF**
ADC #140938

v.  NO. 2:20-cv-00192-LPR

**VALERIE WESTBROOK,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that (1) Mr. Schuler's claims against all Doe Defendants and against Defendants Lay, Bennett, Wellpath Inc. LLC, Moody, Emsweller, Rechcigl, Kerstein, Jackson, and Turner are DISMISSED without prejudice, and (2) Mr. Schuler's claims against Defendants Westbrook, Bell, and Montague are DISMISSED with prejudice. This case is CLOSED. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of the Judgment or the Orders underlying the Judgment would not be taken in good faith.

IT IS SO ADJUDGED this 13th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE